**MFS Legal Inc.**
Neal F. Morrow III (SBN 295497)
Melanie Maxfield (SBN 350402)
21143 Hawthorne Blvd, Ste 514
Torrance, CA 90503
(562) 379-2654
lawclerk@calemonlawteam.com (contact)
eservice@calemonlawteam.com (documents)

Attorneys for Plaintiffs
FAYE DUENES and BENJAMIN DUENES

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (SBN 271294)
st@thetafirm.com
Aram Kuredjian (SBN 334284)
aram@thetafirm.com
12100 Wilshire Blvd. Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244

Attorneys for Defendant
TESLA MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE M. DUENES and BENJAMIN DUENES<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA INC., a corporation; and Does 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 8:24-cv-02508-AH-KES<br><br>**ORDER RE STIPULATION OF DISMISSAL [FRCP 41(A)]  [28] [JS-6]**<br><br>Hon. Anne Hwang<br>Magistrate Judge Karen E. Scott |

The Court has considered the stipulation under Federal Rule of Civil Procedure 41(a)(1)(ii)

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file. All pending hearing dates are taken off calendar and vacated.

Dated : FEBRUARY 3, 2026

_____
Hon. Anne Hwang
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL